BEFORE CHIEF JUDGE RAO, SEPTEMBER 12, 1968

**No. R68/30.**—Chadwick-Miller Importers, Inc. *v.* United States, reappraisements R60/14515, etc. (Boston).

**No. R68/31.**—Chadwick-Miller Importers, Inc. *v.* United States, reappraisements R63/4548, etc. (Boston).

**No. R68/32.**—Chadwick-Miller Importers, Inc. *v.* United States, reappraisement R64/12075 (Boston).

In accordance with stipulation of counsel that the merchandise, facts, and issues are the same in all material respects as those involved in *United States* v. *Chadwick-Miller Importers, Inc., et al.* (54 CCPA 93, C.A.D. 914), the court found and held that export value as that value is defined in section 402(b), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis for the determination of the value of the sundry and novelty items here involved and that such values are the invoice unit ex-factory prices, net packed.

BEFORE CHIEF JUDGE RAO, SEPTEMBER 19, 1968

**No. R68/33.**—Chadwick Miller Importers, Inc. *v.* United States, reappraisements R61/10239, etc. (Boston).

**No. R68/34.**—Chadwick-Miller Importers, Inc. *v.* United States, reappraisements R63/7729, etc. (Boston).

In accordance with stipulation of counsel that the merchandise, facts, and issues are the same in all material respects as those involved in *United States* v. *Chadwick-Miller Importers, Inc., et al* (54 CCPA 93, C.A.D. 914), the court found and held that export value, as that value is defined in section 402(b), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis for the determination of the value of the sundry and novelty items here involved and that such values are the invoice unit ex-factory prices, net packed.

BEFORE CHIEF JUDGE RAO, OCTOBER 10, 1968

**No. R68/35.**—Chadwick-Miller Importers, Inc. *v.* United States, reappraisements R61/21558, etc. (Boston).

**No. R68/36.**—Chadwick-Miller Importers, Inc. *v.* United States, reappraisements R62/9868, etc. (Boston).

In accordance with stipulation of counsel that the merchandise, facts, and issues are the same in all material respects as those involved in *United States* v. *Chadwick-Miller Importers, Inc., et al.* (54 CCPA 93, C.A.D. 914), the court found and held that export value, as that value is defined in section 402(b), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis of value for the sundry and novelty items involved herein and that said value is the invoice unit ex-factory prices, net packed.

BEFORE JUDGE FORD, OCTOBER 10, 1968

**No. R68/37.**—Chadwick-Miller Importers, Inc. *v.* United States, reappraisements R63/14923 and R63/15732 (Boston).
**No. R68/38.**—Super Add-A-Matic Corporation *v.* United States, reappraisements R65/24428, etc. (Boston).

In accordance with stipulation of counsel that the merchandise, facts, and issues are the same in all material respects as those involved in *United States* v. *Chadwick-Miller Importers, Inc., et al.* (54 CCPA 93, C.A.D. 914), the court found and held that export value, as that value is defined in section 402(b), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis of value for the sundry and novelty items involved herein and that said value is the invoice unit ex-factory prices, net packed.

BEFORE CHIEF JUDGE RAO, OCTOBER 17, 1968

**No. R68/39.**—Shalom Baby Wear, Inc., et al. *v.* United States, reappraisements R64/20399, etc. (New York).

In accordance with stipulation of counsel that the issues and facts are the same in all material respects as those in *Shalom Baby-Wear, Inc.* v. *United States* (54 Cust. Ct. 526, Reap. Dec. 10905), the court found and held that export value, as that value is defined in section 402(b), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis for the determination of the value of the cotton and ramie articles of wearing apparel in issue and that such value was the appraised value, less the buying commission, as stated on the invoices.